**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 06-7830

———————————

LINWOOD S. HASKINS,

Plaintiff - Appellant,

versus

RON HARRIS, Supervisor; ERLENE WILLIAMS,
Supervisor; PAMELA LASSITER, Case Worker,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., Senior
District Judge.  (2:06-cv-00220)

———————————

Submitted:  January 31, 2007          Decided:  February 20, 2007

———————————

Before WILKINSON and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Linwood S. Haskins, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Linwood S. Haskins appeals the district court's order dismissing his action brought pursuant to 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Haskins v. Harris, No. 2:06-cv-00220 (E.D. Va. filed Oct. 16, 2006; entered Oct. 17, 2006). We deny Haskins' motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED